IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TRAVELERS INDEMNITY COMPANY,
Plaintiff,

v.

Case No. 19–CV–01063–JPG

CONCURE SYSTEMS, LLC,
Defendant.

# JUDGMENT

This matter having come before the Court, and Plaintiff Travelers Indemnity Company having dismissed the Complaint with prejudice,

**IT IS HEREBY ORDERED AND ADJUDGED** that the claims against Defendant Concure Systems, LLC are **DISMISSED WITH PREJUDICE**.

**Dated: Friday, October 30, 2020**          **MARGARET M. ROBERTIE**
                                             **CLERK OF COURT**

                                             **s/Tina Gray, Deputy Clerk**

**Approved by: s/J. Phil Gilbert**
              **J. PHIL GILBERT**
              **UNITED STATES DISTRICT JUDGE**